FELICE JOHN VITI, Acting United States Attorney (#7007)
BRIAN WILLIAMS, Assistant United States Attorney (#10779)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 325-3258  •  Facsimile:  (801) 524-3399

FILED
2025 APR 24
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
|---|---|---|
| Plaintiff, | : | |
| | : | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | |
| ALEX JOEL TURCIOS-AYALA, | : | (ELUDING EXAMINATION OR INSPECTION BY IMMIGRATION OFFICERS) |
| Defendant. | : | Case: 2:25−po−00433<br>Assigned To : Oberg, Daphne A.<br>Assign. Date : 4/24/2025<br>Description: USA v Turcios−Ayala |

The United States Attorney charges:

COUNT I

That the defendant herein,

ALEX JOEL TURCIOS-AYALA,

an alien, who after September 8, 2006, until April 24, 2025, did knowingly elude

examination and inspection by immigration officers until his apprehension on or about

April 24, 2025, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 24th day of April, 2025.

          FELICE JOHN VITI
          Acting United States Attorney

          /s/ Brian Williams
_____
          BRIAN WILLIAMS
          Assistant United States Attorney